**917-14**

# ELECTRONIC RECORD

COA #    01-12-01146-CR            OFFENSE:   29.02 (Robbery)

STYLE:   Jay Scott Garrison, Jr. v. The State of Texas        COUNTY:    Harris

COA DISPOSITION:      AFFIRM          TRIAL COURT:   178th District Court

DATE: 02/26/2014          Publish: NO   TC CASE #:    1302172

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jay Scott Garrison, Jr. v. The State of Texas        CCA #:    **917-14**

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____STRUCK_____            JUDGE: _____

DATE: _November 19 2014_        SIGNED: _____    PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____    DNP: _____

_Pro Se Petition For_
_Discretionary Review in CCA_
_is Refused_
_on 02/04/2015_

_Per Curiam_

_____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**